RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 29 2025

DANIEL J. McCOY, CLERK

BY:_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

6:25-cv-2132

**NAOMI RUSSO,**

Plaintiff

v.

**OCHSNER HEALTH SYSTEM,**

Defendant

Civil Action No. _____

(Judge Assigned Upon Filing)

**COMPLAINT**

Plaintiff, proceeding pro se, alleges as follows:

**I. JURISDICTION AND VENUE**

1. This action arises under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act (ADEA), and the Americans with Disabilities Act (ADA).

2. Jurisdiction is proper under 28 U.S.C. § 1331.

3. Venue is proper in the Western District of Louisiana, Lafayette Division, because the events giving

rise to this complaint occurred in Lafayette, Louisiana.

## II. PARTIES

4. Plaintiff, Naomi Russo, is an adult resident of Louisiana and resides at 2530 Cypress Island Highway, St. Martinville, Louisiana 70582.

5. Defendant, Ochsner Health System, is an employer doing business in Louisiana and was Plaintiff's employer during the relevant time period.

## III. FACTS

6. Plaintiff was employed by Defendant during 2024.

7. Plaintiff is a member of protected classes based on age, race, and disability.

8. During Plaintiff's employment, Defendant subjected Plaintiff to discriminatory treatment, including adverse employment actions, because of Plaintiff's age, race, and disability.

9. Plaintiff was treated less favorably than similarly situated employees outside of Plaintiff's protected classes.

10. Plaintiff suffered harm as a result of Defendant's unlawful conduct.

## IV. EEOC EXHAUSTION

11. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC).

12. The EEOC issued a Notice of Right to Sue dated September 26, 2025.

13. This action is filed within 90 days of Plaintiff's receipt of the Right-to-Sue notice.

**V. CLAIMS FOR RELIEF**

**Count I – Race Discrimination (Title VII)**

14. Defendant discriminated against Plaintiff on the basis of race in violation of Title VII.

**Count II – Age Discrimination (ADEA)**

15. Defendant discriminated against Plaintiff on the basis of age in violation of the ADEA.

**Count III – Disability Discrimination (ADA)**

16. Defendant discriminated against Plaintiff on the basis of disability in violation of the ADA.

**VI. DAMAGES**

17. As a result of Defendant's actions, Plaintiff suffered lost wages and benefits, emotional distress, and other compensatory damages.

**VII. RELIEF REQUESTED**

Plaintiff respectfully requests that the Court:

A. Enter judgment in Plaintiff's favor;

B. Award compensatory damages;

C. Award back pay and other appropriate relief;

D. Award costs and any other relief the Court deems just.

**VIII. JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

*Naomi Russo*

**Naomi Russo**

2530 Cypress Island Highway

St. Martinville, LA 70582

Plaintiff, Pro Se